UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - -X

JORGE GANDIA ORTEGA,                    :

            Petitioner,            :          **ORDER**

   -against-                            :          09 CIV. 608  (PKL)

UNITED STATES OF AMERICA               :          02 CR. 348 (2) (PKL)

          Respondent.             :

- - - - - - - - - - - - - - - - - -X

**LEISURE,** District Judge:

      On January 22, 2009 a Motion to Vacate Sentence pursuant 28 USC §2255 was filed by petitioner with the <u>pro se</u> office of this Court. Respondent shall have until May 29, 2009 to file a response to said motion.

      Petitioner is hereby instructed that all future filings with this Court shall have an Affidavit of Service affixed thereto, indicating that service has been made to the United States Attorney's Office for the Southern District of New York, and a courtesy copy has been sent to Chambers.  The original document submitted for filing shall be addressed to the Clerk of Court for the Southern District of New York and shall bear the two docket numbers which appear on this Order.

**SO ORDERED**

Dated:    New York, NY
          February **4**, 2009

                                    _____
                                         USDJ

TO:  US Attorney
     Southern District of New York

     Mr. Jorge Gandia Ortega
     Reg. # 44943-054
     FCC-USP 1
     PO Box 1033
     Coleman, FL  33521

*Copy (mailed) (delivered) to counsel*
*2/4  2009*